UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80006-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JESUS GONZALEZ**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 50]. On July 28, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment [ECF No. 3] pursuant to a written plea agreement [ECF No. 49]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 50]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 50] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Jesus Gonzalez as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Jesus Gonzalez is adjudicated guilty of Count One of the Indictment, which charges him with possession with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers in violation of Title 21,

CASE NO. 21-80006-CR-CANNON

United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).  Pursuant to Title 21, United States Code, Sections 841(b)(1)(C), this violation involved 1,4-Butanediol, a Schedule 1 controlled substance.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 13th day of August 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record